UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE GATES, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>NEXTFOODS, INC.,<br><br>　　　Defendant. | Case No.: 5:23-cv-00530-FJS-ATB<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Valerie Gates voluntarily dismisses this action without prejudice as to Plaintiff Valerie Gates and without prejudice as to the claims of absent putative class members.

Dated: August 22, 2023

/s/ Paul K. Joseph
**FITZGERALD JOSEPH LLP**
PAUL K. JOSEPH (admitted *pro hac vice*)
*paul@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

*Counsel for Plaintiff*

Date: August 30, 2023

IT IS SO ORDERED.

Frederick J. Scullin, Jr.
Senior United States District Judge